UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE, | No. 2:14-cv-1023-EFB P |
| Plaintiff, | |
| v. | ORDER |
| PRETRIAL RELEASE, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has neither paid the filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Although the allegations are scant (and otherwise difficult to decipher), the complaint appears to be intended to commence a civil action based on a civil rights claim that arose at the California Institution for Women. *See* ECF No. 1, § C.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1

1     The California Institution for Women is in Riverside County.  Because Riverside County
2  lies within the venue of the Eastern Division of the Central District of California, venue properly
3  lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(1).
4     Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Eastern
5  Division of United States District Court for the Central District of California.  *See* 28 U.S.C.
6  § 1406(a).
7  DATED:  May 2, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2